UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CAUSE NUMBER 3:08-CR-52(01)RM |
| | ) |
| CESAR SERRANO | ) |

OPINION AND ORDER

Cesar Serrano sought review of the magistrate judge's detention order, and the court has conducted a *de novo* review. Mr. Serrano is accused of participating in—and heading—a successful conspiracy to distribute marijuana. The controlled substance offense is punishable by imprisonment for more than 10 years, triggering a statutory presumption that no combination of conditions of release will reasonably assure the safety of the community or the defendant's presence when needed. Mr. Serrano's status as a lifetime resident of the LaPorte County area rebuts that presumption, but the presumption remains in the case as evidence.

The government's preliminary analysis of the sentencing guidelines indicates that Mr. Serrano would, if convicted, face an advisory sentencing range of around 15 years. When investigators came to his home, they found him with 2 firearms—a .22 pistol and a 12-gauge shotgun—that might form the basis of additional charges. The government's case against Mr. Serrano seems to be stronger than many; witness statements are, at least to some extent, corroborated by business records. Further, Mr. Serrano made statements to investigators that easily could be construed to be incriminatory.

Mr. Serrano is 27 years old, had no steady job when he was arrested, and his work history is equally unsteady. His family receives welfare, but when police came to his home, they found $6,000 in cash, expensive televisions, a $19,000 piece of jewelry, and evidence of ownership of a time-share in Florida. His physical and mental health are good. He has a long history of marijuana use, dating back

to age 17. When arrested, he asked the officers to let him smoke one more joint before being taken away.

Mr. Serrano's criminal history consists of 2 prior misdemeanor convictions, in 1999 and 2005, for possessing marijuana. He successfully completed probation in both instances, and has no history of non-appearance at court proceedings. Mr. Serrano was not on probation or parole at the time of the alleged offense.

Mr. Serrano is unmarried. His long-time girl friend and he have 2 children, aged 3 years and 9 months. His parents reside in Michigan City. Mr. Serrano has family in Mexico; he told police he has "lots of relatives" in Mexico. He has taken at least 2, perhaps 3, trips to Mexico. Mr. Serrano's attorney has possession of his U.S. passport.

Mr. Serrano suggests drug testing and home detention as conditions of pretrial release. Police found firearms and apparent drug proceeds in Mr. Serrano's home when they arrested him.

Given Mr. Serrano's long-time use of marijuana, his possession of more assets than one would expect of a lightly employed man whose fiancee and children receive welfare benefits, the nature and seriousness of the charges, the possession of firearms, the connections with Mexico, and the strength of the government's case, the court agrees with the magistrate judge that no combination of pretrial release conditions will reasonably assure Mr. Serrano's presence in court as needed (a finding made by a preponderance of the evidence) or reasonably assure the community's safety (a finding made by clear and convincing evidence). The court DENIES Mr. Serrano's motion to vacate the detention order. The detention order shall remain in force without change.

SO ORDERED.

ENTERED:   July 29, 2008

    /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court